

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Maurice Mitchell v. Texas Department of Criminal Justice

Appellate case number:    01-19-00458-CV

Trial court case number:  2016-85575

Trial court:              133rd District Court of Harris County

Proceeding pro se, appellant, Maurice Mitchell, has filed a motion to access the appellate record in this proceeding. The motion is **granted.** Accordingly, the trial court clerk is directed, no later than 10 days from the date of this order, to send a copy of the one-volume clerk's record, filed in this Court on June 28, 2019, and the one-volume supplemental clerk's record filed in this Court on July 19, 2019, to appellant at the address provided in his motion:

> Maurice Mitchell
> TDJC ID # 648121
> Allan B. Polunsky Unit
> 3872 F.M. 350 South
> Livingston, Texas 77351.

We further direct the trial court clerk, no later than 15 days from the date of this order, to notify the Clerk of this Court the date on which delivery to appellant was made.

Appellant also has filed a motion to extend the time to file his appellant's brief. A reporter's record has not been filed, and the appellate record is not yet complete. *See* TEX. R. APP. P. 34.1 (providing appellate record consists of clerk's record and, if necessary to appeal, reporter's record). Accordingly, appellant's brief is not yet due. TEX. R. APP. P. 38.6 (providing date to file appellant's brief is later of date clerk's record or reporter's record is filed). Accordingly, appellant's motion to extend time is **dismissed as moot**.

The Clerk of this Court is directed to send to appellant a copy of Docketing Statement (Civil).

It is so ORDERED.

Judge's signature: _____Russell Lloyd_____
                              ☑ Acting individually    ☐ Acting for the Court

Date: __August 8, 2019__